Bryan Cave LLP
3161 MICHELSON DRIVE, SUITE 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HUNG VAN DAO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. formally doing business as NBGI INC; RECONTRUST COMPANY; and DOES 1 through 50, inclusive<br><br>　　　　Defendants | Case No. 8:12-cv-00418-CJC(JPRx)<br><br>[PROPOSED] **JUDGMENT OF DISMISSAL**<br><br>Hon. Cormac J. Carney<br>Courtroom 9B |

IR01DOCS550809.1

[PROPSED] JUDGMENT OF DISMISSAL

1  WHEREAS, on April 26, 2012, the Court granted a Motion to Dismiss Plaintiff Hung Van Dao's Complaint, with prejudice, as to Defendants Bank of America, N.A (erroneously sued as "Bank of America formally doing business as NBGI Inc.") and ReconTrust Company, N.A. (erroneously sued as "ReconTrust Company"). *See* Court Docket No. 8.

NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims in the Complaint of Plaintiff Hung Van Dao are DISMISSED WITH PREJUDICE as to Defendants Bank of America, N.A. and ReconTrust Company, N.A.

**SUCH JUDGMENT IS HEREBY ENTERED.**

Dated:  5/3/12    _____
Hon. Cormac J. Carney
United States District Court Judge
Central District of California